**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **TOOR DALJIT SINGH, #A 77424826** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:08-CV-2162-O** |
| | § | |
| **MICHAEL MUKASEY, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings,

Conclusions, and Recommendation of the United States Magistrate Judge (Doc. # 10) in

accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the

Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the

Findings and Conclusions of the Court.  Accordingly, Respondents' Motion to Dismiss (Doc. #

5) is hereby **GRANTED**.  All of Petitioner's petition for a writ of habeas corpus is hereby

DISMISSED for want of jurisdiction, the same being moot.

   **SO ORDERED** on this **22nd** day of **April, 2009.**


_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**